# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

)
NADIR OMAR ABDULLAH BIN, )
SA'ADOUN ALSA'ARY, )
aka Ahmed Omar (ISN 030) )
)
      Petitioner, )
)
      v. )      Civil Action No. 09-CV-0745 (RCL)
)
BARACK OBAMA, )
President of the United States, *et al.*, )
)
      Respondents. )
)

## ORDER

Upon consideration of Respondents' Unopposed Motion for an extension of time within which to comply with this Court's Order of June 22, 2009, it is hereby

ORDERED that Respondents' motion is GRANTED *nunc pro tunc*; it is further

ORDERED that Respondents shall have until August 21, 2009 to produce documents that reflect negatively on the credibility of a certain detainee, and until August 5, 2009 to produce all other documents responsive to June 22, 2009 Order.

Date: 9/4/2009

                           _____/s/_____
                           Honorable Royce C. Lamberth
                           United States District Judge, Chief Judge